# United States Bankruptcy Court
# Central District Of California

1415 State Street, Santa Barbara, CA 93101–2511

## NOTICE TO CREDITORS

**DEBTOR(S) INFORMATION:**
Juan Diaz Ortiz
**SSN:** xxx–xx–9630
**EIN:** N/A
dba JDO Nursery

20991 S. Mountain Road
Santa Paula, CA 93060

**BANKRUPTCY NO.** 9:09–bk–11458–RR
**CHAPTER** 12

Hearing on Confirmation of Chapter 12 Plan:

Date: September 25, 2009

Time: 10:00 AM

Location: 1415 State St, Courtroom 201, Santa Barbara, CA 93101

Dated: September 4, 2009

For The Court,
**Jon D. Ceretto**
Clerk of Court

(Form not rev. 5/96) VAN–99

**27 / DCH**