# United States Bankruptcy Court
## Central District Of California

1415 State Street, Santa Barbara, CA 93101–2511

## **NOTICE TO CREDITORS**

**DEBTOR(S) INFORMATION:**
Juan Diaz Ortiz
**SSN:** xxx–xx–9630
**EIN:** N/A
dba JDO Nursery

20991 S. Mountain Road
Santa Paula, CA 93060

**BANKRUPTCY NO.** 9:09–bk–11458–RR
**CHAPTER** 12

Hearing on Confirmation of Chapter 12 Plan:

Date: September 25, 2009

Time: 10:00 AM

Location: 1415 State St, Courtroom 201, Santa Barbara, CA 93101

Dated: September 4, 2009

For The Court,
**Jon D. Ceretto**
Clerk of Court

(Form not rev. 5/96) VAN–99

**27 / DCH**

# CERTIFICATE OF NOTICE

```
District/off: 0973-9          User: dchackelC          Page 1 of 2              Date Rcvd: Sep 04, 2009
Case: 09-11458                Form ID: not             Total Noticed: 60
```

The following entities were noticed by first class mail on Sep 06, 2009.
```
db          +Juan Diaz Ortiz,    20991 S. Mountain Road,    Santa Paula, CA 93060-9567
aty         +Raffi Khatchadourian,    15910 Ventura Blvd 12th Fl,    Encino, CA 91436-2802
aty         +Steven Trolard,    100 E Thousand Oaks Blvd Ste 188,    Thousand Oaks, CA 91360-8112
aty         +Susan L Vaage,    500 N Brand Blvd Ste 1030,    Glendale, CA 91203-3941
tr          +Elizabeth (ND) F Rojas,    Noble Professional Center,    15060 Ventura Blvd. Suite 240,
              Sherman Oaks, CA 91403-2436
smg          Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
              Sacramento, CA 94280-0001
smg          Franchise Tax Board,    ATTN: Bankruptcy,    P.O. Box 2952,    Sacramento, CA 95812-2952
ust         +United States Trustee (ND),    21051 Warner Center Lane, Suite 115,
              Woodland Hills, CA 91367-6550
cr          +First Federal Bank of California,    Hemar, Rousso & Heald, LLP,    c/o Raffi Khatchadourian, Esq.,
              15910 Ventura Boulevard, 12th Floor,    Encino, CA 91436-2802
cr          +Pacific Capital Bancorp,    c/o Graham Vaage LLP,    500 N. Brand Blvd. #1030,    Suite 1030,
              Glendale, CA 91203-3941,    UNITED STATES
23629608    +Artemio Perez,    1364 Cramer Dr.,    Carpinteria, CA 93013-1617
23629609    +Aurora Loan Services,    Attn: Bankruptcy,    Po Box 1706,    Scottsbluff, NE 69363-1706
23629610    +Bali Horticultural,    c/o Euler Hermes UMA,    369 Pine Street,    Suite 410,
              San Francisco, CA 94104-3310
23629611    +Bernice James,    Tax Collector, Santa Barbara Co.,    PO Box 579,    Santa Barbara, CA 93102-0579
23629612    +Capital One, N.a.,    Po Box 26625,    Richmond, VA 23261-6625
23629613    +Cfna/tag,    6275 Eastland Rd,    Brookpark, OH 44142-1301
23629614    +Chase Auto Finance,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,
              Columbus, OH 43219-6009
23629617     Citi Mortgage Inc,    Attention: Bankruptcy Department,    Po Box 79022, Ms322,
              St. Louis, MO 63179
23629618    +Citibank / Sears,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
23629619    +Dahlstrom and Watt Bulb,    361 Sarina Rd. N.,    Smith River, CA 95567-9458
23629620    +David Jaskolski,    Farmers Insurance Agent,    4915 Carpinteria Ave. #D,
              Carpinteria, CA 93013-1956
23629621    +Dsnb Macys,    Attn: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
23629622    +Farmers Insurance Group,    PO Box 894729,    Los Angeles, CA 90189-4729
23629623    +Farmers Insurance Group,    PO Box 9075,    Van Nuys, CA 91409-9075
23629624    +Fia Csna,    Po Box 26012,    Nc4-105-02-77,    Greensboro, NC 27420-6012
23629625     First Federal Bank Of California,    Attn: Loan Service,    12555 W. Jefferson Blvd.,    2nd Floor,
              Los Angeles, CA 90066-7036
23629626    +Ford Motor Credit Corporation,    National Bankruptcy Center,    Po Box 537901,
              Livonia, MI 48153-7901
23629627    +G M A C,    P O Box 2150,    Greeley, CO 80632-2150
23629629    +GMAC,    PO BOX 2150,    Greeley, CO 80632-2150
23629628    +Ge Capital Credit Card,    Po Box 103106,    Roswell, GA 30076-9106
23629630    +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
23726053    +JPMorgan Chase Bank N.A.,    Chase Auto Finance/Mary Lautenbach,    201 N Central Ave, AZ1-1191,
              Phoenix, AZ 85004-0073
23629631    +Jacqueline N. Anker,    Attorney for Ball,    27 West Anapamu Street, #325,
              Santa Barbara, CA 93101-3107
23629633    +Mid State Bank And Tru,    1026 Grand Ave,    Arroyo Grande, CA 93420-2578
23629634    +Novastar Financial,    Attention: Customer Relations/Bankruptc,    Po Box 163405,
              Fort Worth, TX 76161-3405
23629635    +Professional Recovery Services,    PO Box 1880,    Voorhees, NJ 08043-7880
23629636    +Rshk/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
23629637    +Santa Barbara Bank & Trust,    C/O Witkin & Eisinger, LLC,    530 South Glenoaks Blvd.,    Ste. 207,
              Burbank, CA 91502-2753
23790565    +Santa Barbara Bank And Trust,    PO Box 60704,    Santa Barbara, CA 93160-0704
23629638    +Santa Barbara Bk & Tru,    711 E Daily Dr Ste 200,    Camarillo, CA 93010-0773
23629639    +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
23629640    +Sheppard West, Inc.,    Redfeather Ridge,    27850 Lady Slipper Loop,    Eugene, OR 97405-9775
23629641     T.D. Service Company,    1820 E. First Street,    Suite 210,    PO Box 11988,
              Santa Ana, CA 92711-1988
23629642    +United Consumer Financial Services,    865 Bassett Rd,    Westlake, OH 44145-1194
23629643    +Ventura Toyota,    6360 Auto Center Drive,    Ventura, CA 93003-7210
23629644    +Visdsnb,    Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
23629645    +Wash Mutual/providian,    Attn: Bankruptcy Dept,    Po Box 10467,    Greenville, SC 29603-0467
23629646    +Washingon Mutual,    Atten: Bankruptcy,    Dept. JAXA 2035,    7255 Bay Meadows Way,
              Jacksonville, FL 32256-6851
23629647    +Washington Mutual,    PO Box 78065,    Phoenix, AZ 85062-8065
23629648    +Washington Mutual,    990 S. Second St.,    Coos Bay, OR 97420-1405
23629649    +Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
              Greenville, SC 29603-0467
23629651    +Washington Mutual Bank,    PO Box 41275,    JAXA2040,    Jacksonville, FL 32203-1275
23629650     Washington Mutual Bank,    Small Business Loan Serv. Centr,    Mail Stop Code SATX2A2B,
              PO Box 34990,    San Antonio, TX 78265-4990
23629652    +Washington Mutual FA,    3990 S. Babcock St,    Melbourne, FL 32901-8902
23629653    +Washington Mutual Mortgage,    Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
              Jacksonville, FL 32256-6851
23629654    +Wendover Fin Srvs Corp,    1550 Liberty Ridge,    Wayne, PA 19087-5565
23629655    +World Savings & Loan,    4101 Wiseman Blvd,    Attn: Bankruptcy,    San Antonio, TX 78251-4201
```

```
The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Sep 05, 2009.
23629615      Fax: 602-221-4614 Sep 05 2009 04:28:19     Chase Auto Finance,   National Recovery Group,
              PO Box 29505,   Phoenix, AZ 85038-9505
23629616      Fax: 602-221-4614 Sep 05 2009 04:28:19     Chase Automotive Finance,   PO Box 31167,
              Tampa, FL 33631-3167
23629632     +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2009 05:30:12     JC Penney,
              Attention: Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076-9106
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 06, 2009**                          **Signature:**        *Joseph Speetjens*