B6D (Official Form 6D) (12/07)

In re   __Juan Diaz Ortiz__                                                    Case No.   __9:09-bk-11458__
                                            Debtor(s)

# SECOND AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. **024909529414** | | | | 6/1/06 | | | | | |
| **GMAC**<br>**PO BOX 2150**<br>**Greeley, CO 80632** | | N A | | **Automobile Financing**<br><br>**2006 Chev**<br>**Lic: 8D03837**<br>**VIN: 1GBJG312161148974** | | | | | |
| | | | | VALUE          $18,500.00 | | | | $21,190.00 | $2,690.00 |

Sheet 1 of 3 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Juan Diaz Ortiz**                                                                Case No.  **9:09-bk-11458**

Debtor(s)

*2ND AmENDED*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **101548345**<br><br>Santa Barbara Bk & Tru<br>711 E Daily Dr Ste 200<br>Camarillo, CA 93010 | | N A | | Opened  6/01/07  Last Active 9/04/08<br><br>Deed of Trust 30 years fixed @ 6.375%<br><br>20991 S. Mountain Road<br>Santa Paula, CA 93060<br>Notice of Default dated 3/30/09<br>File: D2009-0364<br>Fair Market Value:<br>$1,150,000.00<br><br>VALUE  $1,150,000.00 | | | | $1,036,159.97 | $0.00 |
| ACCOUNT NO. **101829133**<br><br>Santa Barbara Bk & Tru<br>711 E Daily Dr Ste 200<br>Camarillo, CA 93010 | | N A | | Opened  6/01/07  Last Active 9/15/08<br><br>3rd Deed of Trust 10 yr HELOC @ 8.000%<br><br>20991 S. Mountain Road<br>Santa Paula, CA 93060<br>Notice of Default dated 3/30/09<br>File: D2009-0364<br>Fair Market Value:<br>$1,150,000.00<br><br>VALUE  $1,150,000.00 | | | | $138,675.00 | $138,675.00 |
| ACCOUNT NO. **100769025**<br><br>Santa Barbara Bk & Tru<br>711 E Daily Dr Ste 200<br>Camarillo, CA 93010 | | N A | | Opened  6/01/07  Last Active 9/15/08<br><br>2nd Deed of Trust 30 year fixed @ 7.600%<br><br>20991 S. Mountain Road<br>Santa Paula, CA 93060<br>Notice of Default dated 3/30/09<br>File: D2009-0364<br>Fair Market Value:<br>$1,150,000.00<br><br>VALUE  $1,150,000.00 | | | | $197,565.00 | $83,724.97 |

Sheet 2 of 3 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   __Juan Diaz Ortiz__                                                    Case No.   __9:09-bk-11458__
                               Debtor(s)
                            2ND AMENDED

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. **8040-72175** | | | | **2006** | | | | | |
| Ventura Toyota 6360 Auto Center Drive Ventura, CA 93003 | X | N A | | **Automobile Financing** **2006 Toyota truck** | | | | | |
| | | | | VALUE          **$5,500.00** | | | | **$7,500.00** | **$2,000.00** |

| | Total(s) (Use only on last page) | **$1,401,089.97** | **$227,089.97** |
|---|---|---|---|
| | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 3 of 3 total sheets in Schedule of Creditors Holding Secured Claims