STEVEN TROLARD    Bar No. 192588
STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation
100 East Thousand Oaks Blvd., Suite 188
Thousand Oaks, Ca 91360
Phone: 805-495-8199
Fax: 805-495-8299
e-mail No.: steven@trolard.com

Attorney for Debtor, JUAN DIAZ ORTIZ

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Chapter 12 |
| | ) |
| JUAN DIAZ ORTIZ, | ) Case No.: 9:09-bk-11458-RR |
| | ) |
| Debtor, | ) SECOND AMENDED MOTION TO |
| | ) SUSPEND PAYMENTS ON JUNIOR DEED |
| | ) OF TRUST IN FAVOR OF SANTA |
| | ) BARBARA BANK & TRUST, A DIVISION |
| | ) OF PACIFIC CAPITAL BANK, N.A., AND |
| | ) ITS SUCCESSORS AND/OR ASSIGNEES, |
| | ) PENDING OUTCOME OF ADVERSARY |
| | ) PROCEEDINGS TO AVOID THE |
| | ) UNSECURED AMOUNT OF THE THIRD |
| | ) DEED OF TRUST |
| | ) |
| | ) Date: November 19, 2009 |
| | ) |
| | ) Time: 10:00 am |
| | ) Place: United States Bankruptcy Court |
| | )         1415 State Street |
| | )         Courtroom 201 |
| | )         Santa Barbara, CA 93101 |
| | ) |
| | ) |
| | ) |
| | ) |

TO THE HONORABLE, ROBIN RIBLET, Bankruptcy Judge:

1

The within debtor respectfully represent:

1. This case was commenced on April 22, 2009 as a Chapter 12 proceeding.

2. Among the assets of this estate is the debtors' personal residence and farming operation located at 20991 South Mountain Road, Santa Paula, California 93060 (the "Property"). The Property is encumbered by a first, second and third deed of trust in favor of Santa Barbara Bank & Trust, a division of Pacific Capital Bank, N.A. On August 29, 2009 the debtor commenced an adversary proceeding (the "Adversary Proceeding"). On November 9, 2009 the debtor filed a SECOND AMENDED COMPLAINT, a true and correct copy of which is attached hereto as Exhibit 1, against Santa Barbara Bank & Trust, a division of Pacific Capital Bank, N.A., and its successors and/or assignees, for the purpose of avoiding the entire third deed of trust having a balance of $141,755.58; on the grounds that the third deed of trust is wholly unsecured on real property appraised at $1,150,000.00. Based upon the allegations and supporting exhibits contained in the debtors' SECOND AMENDED COMPLAINT in the Adversary Proceeding, the debtors believe there is a strong likelihood that the debtors will prevail in the adversary proceeding. Accordingly, the debtors seek an order of this Court suspending <u>ad initio</u> the requirement that the debtor maintain current the payments on the unsecured debt in favor of Santa Barbara Bank & Trust, a division of Pacific Capital Bank, N.A., pending a final resolution of the Adversary Proceeding. <u>Specifically, the debtor seeks an order suspending the monthly payment on the third deed of trust.</u>

3. As is reflected in Scheduled I and J and the proposed Third Amended Chapter 12 Plan on file herein, the debtor's ability to make the Plan payments required by the Chapter 12 Plan filed in this case is dependent upon the debtor having the payments reduced on the junior lien. If the debtor is required to make the full payments on the subject lien in favor of Santa Barbara Bank & Trust, the debtor will not be able to perform the obligations required by the Plan, and this will be converted to a Chapter 7 case. In such event, Santa Barbara Bank & Trust, the holder of the first,

second and third liens on the debtor's Property will at some point follow through with a foreclosure, and a sale at less than the amount of the secured liens. If, on the other hand, the debtor is not required to make such payments, the chances of the Plan being successfully completed are significantly increased.

4. WHEREFORE, the debtor respectfully requests that this Court enter an order declaring that any and all regular monthly payments and/or adequate protection payments that might be due from the debtor to Santa Barbara Bank & Trust, a division of Pacific Capital Bank, N.A., and its successors and/or assignees, on the third deed of trust be suspended ad initio until such time as the Adversary Proceeding has been concluded.

Dated this 9th day of November, 2009

STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation

By /s/ Steven Trolard
Steven Trolard
Attorney for Plaintiff and
Debtor, Juan Ortiz

## DECLARATION OF STEVEN TROLARD

I, STEVEN TROLARD, declare as follows:

1. I am the attorney for the debtors in the within bankruptcy proceeding.

2. I have personal knowledge of the facts set forth in the accompanying Second Amended *Motion to Suspend Payments on Junior Deed of Trust in Favor of Santa Barbara Bank & Trust, a division of Pacific Capital bank, N.A., Pending Outcome of Adversary Proceedings to Invalidate the unsecured third deed of trust of Santa Barbara Bank & Trust..*
I declare under penalty of perjury under the laws of the United States that said facts are true and correct to the best of my knowledge.

Executed at Thousand Oaks, California, this 9th day of November, 2009.

_____
Steven Trolard

4

Exhibit 1

SECOND AMENDED COMPLAINT

5