| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven Trolard, SBN 192588<br>Steven Trolard & Assoc. PLC<br>100 E. Thousand Oaks Blvd., Ste. 188<br>Thousand Oaks, Ca 91360<br>Tel: 805-495-8199  Fax: 805-495-8299<br><br>☒ Attorney for Debtor, Juan Diza Ortiz<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER ~~13~~ /2<br>CASE NUMBER 9:09-bk-11458-RR |
| In re<br><br>JUAN DIAZ ORTIZ, DBA JDO NURSERY<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, JUAN DIAZ ORTIZ _____ (Debtor's name), hereby declare:

1. I am the debtor in this chapter ~~13~~ /2 bankruptcy case that was filed on 4/22/09 _____.

2. I am the owner of real property[1] at the following street address:

   20991 S. MOUNTAIN ROAD, SANTA PAULA, CA 93013
   
   _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of SANTA BARBARA BANK & TRUST _____.
   
   b. Second deed of trust in favor of SANTA BARBARA BANK & TRUST _____ (if applicable).
   
   c. Third deed of trust in favor of SANTA BARBARA BANK & TRUST _____ (if applicable).

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    **F 3015-1.4**

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 2 of 5*

| In re | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-11458-RR |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| SANTA BARBARA BANK & TRUST FIRST DEED OF TRUST | $7,879.33 | 9/15/09 | 9/1/09 |
|  | $7,879.33 | 10/15/09 | 9-29-09 |
|  | $7,879.33 | 11/15/09 | 10-29-09 |
| Creditor |  |  |  |
| SANTA BARBARA BANK & TRUST SECOND DEED OF TRUST | $836.95 | 9/15/09 | 9/1/09 |
|  | 836.95 | 10-15-09 | 9/29-09 |
|  | 836.95 | 11-15--9 | 10/29/09 |
| Creditor |  |  |  |
| SANTA BARBARA BANK & TRUST THIRD DEED OF TRUST MOTION TO SUSPEND PAYMENTS |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U. S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 3015-1.4**

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments  **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 3 of 5*

| In re | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-11458-RR |

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/12/09

_Debtor_

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 3015-1.4**

DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS

| In re: Juan Diaz Ortiz | CHAPTER 12 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-11458-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 E. Thousand Oaks Blvd. Ste 188
Thousand Oaks, CA 91360

A true and correct copy of the foregoing document described DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/12/09_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Elizabeth Rojas, Chapter 12 Trustee  cacb_ecf_nd@ch13wla.com
US Trustee     ustpregion16.nd.ecf@usdoj.gov
Susan L. Vaage, on behalf of Pacific Capital Bancorp  savage@grahamvaagelaw.com
Miguel A. Ortiz on behalf of Pacific Capital Bancorp  mortiz@grahamvaagelaw.com
Raffi Khatchadourian  raffi@hemar-rousso.com
Ramesh Singh  claims@recoverycorp.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __11/13/09_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Robin Riblet, Judge
US Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

X☐  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                               F 9013-3.1

*DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS*

| In re: Juan Diaz Ortiz | CHAPTER 12 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-11458-RR |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/13/09 | Jubilee Tristani | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| 07408 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

Purchaser: JUAN D ORTIZ
Purchaser Account: 6987979504
Operator I.D.: cu012930

**OFFICIAL CHECK**

SERIAL #: 0740804203
ACCOUNT #: 4861-505345

**September 01, 2009**

PAY TO THE ORDER OF    ***SANTA BARBARA BANK AND TRUST***
***ACCT# 0101548345***

***Seven thousand eight hundred seventy-nine dollars and 33 cents***    **$7,879.33**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 7,879.33

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  08458366

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | $0.44 | 0160 |
| Certified Fee | | $2.80 | 05 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.54 | 09/01/2009 |

Sent To: Santa Barbara Bon y tras
Street, Apt. No; or PO Box No.: PO Box 60704
City, State, ZIP+4: Santa Barbara CA 93160

7009 0820 0001 1251 3272

PS Form 3800, August 2006    See Reverse for Instructions

Sept 09    mortgage
page 1 of 2

| | | |
|---|---|---|
| 07408<br>Office AU # | 11-24<br>1210(8) | **OFFICIAL CHECK** |
| Purchaser: | JUAN D ORTIZ | |
| Purchaser Account: | 6987979504 | |
| Operator I.D.: | cu012930 | |

SERIAL #:  0740804399
ACCOUNT#: 4861-505329

**September 01, 2009**

PAY TO THE ORDER OF    ***SANTA BARBARA BANK AND TRUST***
***ACCT# 100769025***

***Eight hundred thirty-six dollars and 95 cents***

**$836.95**

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  836.95

**NON-NEGOTIABLE**

**Purchaser Copy**

3004   M4203  08458386

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.44 | 0180 |
| Certified Fee | $2.30 | US |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.54 | 09/01/2009 |

Sent To: SAnta Barbara Bony Tres
Street, Apt. No.; or PO Box No. P.o Box 60704
City, State, ZIP+4 SAnta Barbara CAL 93160

PS Form 3800, August 2006    See Reverse for Instructions

7009 0820 0001 1251 3289

Sept 09    Mortgage
Page 2 of 2

OCTOBER

**OFFICIAL CHECK**

SERIAL #: 0740804220
ACCOUNT #: 4861-505345

07408 Office AU #    11-24 1210(8)

Purchaser: MARCELA C ORTIZ
Purchaser Account: 3266570948
Operator I.D.: cu008380    cu013974

September 29, 2009

PAY TO THE ORDER OF    ***SANTA BARBARA BANK AND TRUST***
***ACCT: 0101548345***

***Seven thousand eight hundred seventy-nine dollars and 33 cents***    **$7,879.33**

VOID IF OVER US $ 7,879.33

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  08458386

---

OCTOBER

**OFFICIAL CHECK**

SERIAL #: 0740804427
ACCOUNT #: 4861-505329

07408 Office AU #    11-24 1210(8)

Purchaser: MARCELA C ORTIZ
Purchaser Account: 3266570948
Operator I.D.: cu008380    cu013974

September 29, 2009

PAY TO THE ORDER OF    ***SANTA BARBARA BANK AND TRUST***
***ACCT: 100769025***

***Eight hundred thirty-six dollars and 95 cents***    **$836.95**

VOID IF OVER US $ 836.95

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M4203  08458386

OCT 09 MORTGAGE

PAGE 1 of 2



OCT 09
MORTGPSE

PAGE 2 of 2





Nov 09 Mortg

Pag 1 %2

~~Oct~~ Nov

| | |
|---|---|
| 07408 | 11-24 |
| Office AU # | 1210(8) |
| Purchaser: | MARCELA C ORTIZ |
| Purchaser Account: | 3266570948 |
| Operator I.D.: | cu012560  cu013974 |

**OFFICIAL CHECK**

SERIAL #: 0740804455
ACCOUNT #: 4861-505329

October 29, 2009

PAY TO THE ORDER OF   ***SANTA BARBARA BANK AND TRUST***
***ACCT: 100769025***

***Eight hundred thirty-six dollars and 95 cents***

**$836.95**

VOID IF OVER US $ 836.95

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.44 | 0160 |
| Certified Fee | 2.80 | 55  Postmark Here |
| Return Receipt Fee (Endorsement Required) | 0.00 | |
| Restricted Delivery Fee (Endorsement Required) | 0.00 | |
| Total Postage & Fees | $ 3.24 | 10/29/2009 |

Sent To  S.B. BANK & TRUST
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7009 1410 0001 3396 1018

PS Form 3800, August 2006      See Reverse for Instructions

Nov 09  MORTG
PASE  2 82