STEVEN TROLARD    Bar No. 192588
STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation
100 East Thousand Oaks Blvd., Suite 188
Thousand Oaks, Ca 91360
Phone: 805-495-8199
Fax: 805-495-8299
e-mail No.: steven@trolard.com

Attorney for Debtor, JUAN DIAZ ORTIZ

FILED
NOV 12 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:                              ) Chapter 12
                                    )
JUAN DIAZ ORTIZ,                    ) Case No.: 9:09-bk-11458-RR
                                    )
         Debtor,                    ) APPLICATION FOR ORDER ~~AND ORDER~~
                                    ) CONTINUING PLAN CONFIRMATION
                                    ) HEARING  AND ORDER DENYING
                                    )
                                    ) Date: November 19, 2009
                                    ) Time: 10:00 am
                                    ) Place: United States Bankruptcy Court
                                    )        1415 State Street
                                    )        Courtroom 201
                                    )        Santa Barbara, CA 93101
                                    )
                                    ) **New Date: December 17, 2009**
                                    ) New Time: 10:00 a.m.
                                    )
                                    )
                                    )
                                    )
                                    )

TO THE HONORABLE, ROBIN RIBLET, Bankruptcy Judge:

The debtor, Juan Ortiz, and the Chapter 12 Trustee, respectfully applies for an order

continuing the Chapter 12 Plan Confirmation Hearing from November 19, 2009 at 10:00 a.m. to

1

1 | December 17, 2009 at 10:00 a.m. to coincide with the hearing on debtor's Second Amended Motion

2 | To Suspend Payments To Creditor, Santa Barbara Bank & Trust.

3 |     The trustee was contacted and had no objection to the granting of this order.

5 | Dated this 10th day of November, 2009

STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation

By /s/ Steven Trolard
Steven Trolard
Attorney for Plaintiff and
Debtor, Juan Ortiz

12 | **ORDER** LACK OF

13 | **GOOD CAUSE APPEARING**

14 | **IT IS ORDERED**

15 | The Chapter 12 Confirmation Plan hearing, scheduled for November 19, 2009 at 10:00 a.m., is

16 | NOT ~~hereby~~ continued ~~to December 17, 2009 at 10:00 a.m~~.

18 | Dated: Nov 13, 2009     Robin Riblet
Judge, United States Bankruptcy Court

FILED NOV 13

ENTERED NOV 13 2009

Case 9:09-bk-11458-RR    Doc 62    Filed 11/13/09    Entered 11/13/09 16:48:27    Desc
Main Document    Page 3 of 3

ORDER CONTINUING CHAPTER 12 PLAN CONFIRMATION
HEARING TO DECEMBER 17, 2009 AT 10:00 AM

F 1017-1.2

| In re:<br>JUAN DIAZ ORTIZ, DBA J.D.O. NURSERY | CHAPTER 12 |
|---|---|
| Debtor. | CASE NUMBER 9:09-bk-11458-RR |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ___ORDER CONTINUING PLAN CONFIRMATION HEARING TO DECEMBER 17, 2009 AT 10:00 AM___ was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of___11/11/2009_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Elizabeth Rojas, Chapter 12 Trustee  cacb_ecf_nd@ch13wla.com
ustpregion16.nd.ecf@usdoj.gov
Susan L. Vaage, on behalf of Pacific Capital Bancorp  savage@grahamvaagelaw.com
Raffi Khatchadourian  raffi@hemar-rousso.com
Miguer A. Ortiz  mortiz@grahamvaagelaw.comRamesh Singh  claims@recoverycorp.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page