STEVEN TROLARD     Bar No. 192588
STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation
100 East Thousand Oaks Blvd., Suite 188
Thousand Oaks, Ca 91360
Phone:  805-495-8199
Fax:  805-495-8299
e-mail No.: steven@trolard.com

Attorney for Debtor, JUAN DIAZ ORTIZ

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:                                      )   Chapter 12
                                            )
JUAN DIAZ ORTIZ,                            )   Case No.: 9:09-bk-11458-RR
                                            )
             Debtor,                        )   APPLICATION FOR ORDER CONTINUING
                                            )   PLAN CONFIRMATION HEARING
                                            )
                                            )   Date:  November 19, 2009
                                            )   Time:  10:00 am
                                            )   Place: United States Bankruptcy Court
                                            )          1415 State Street
                                            )          Courtroom 201
                                            )          Santa Barbara, CA 93101
                                            )
                                            )   **New Date:  December 17, 2009**
                                            )   New Time:  10:00 a.m.
                                            )
                                            )
                                            )
                                            )
                                            )
                                            )
──────────────────────────────

TO THE HONORABLE, ROBIN RIBLET, Bankruptcy Judge:

    The debtor, Juan Ortiz, respectfully applies for an order continuing the Chapter 12 Plan

Confirmation Hearing from November 19, 2009 at 10:00 a.m. to December 17, 2009 at 10:00 a.m.

to coincide with the hearing on debtor's Second Amended Motion To Suspend Payments To Creditor, Santa Barbara Bank & Trust.

On November 13, 2009 the debtor filed a Third Amended Chapter 12 Plan that amends the amounts to be paid inside the Plan to Santa Barbara Bank & Trust for arrearages on the Second Deed of Trust and amends the amounts to be paid outside the Plan to Santa Barbara Bank & Trust for the deed of trust monthly payments.

The amended payments to Santa Barbara Bank & Trust mirror the numbers shown in the Second Amended Motion To Suspend Payments To Santa Barbara Bank & Trust and the numbers shown in the Second Amended Adversary Complaint.

The debtor is requesting that the plan confirmation hearing be continued to December 17, 2009 to be heard after the hearing on the Second Amended Motion To Suspend Payments, which the debtor, via a separate application, has requested be continued to December 17, 2009 as well.

The debtor is current on his monthly payments to Santa Barbara Bank & Trust as shown in the accompanying declaration regarding deed of trust payments; and the debtor is current on his plan payments as reflected by the attached copies of checks to the Trustee.

Dated this 14th day of November, 2009

STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation

By _____
Steven Trolard
Attorney for Plaintiff and
Debtor, Juan Ortiz

PAYMENTS TO
LENDER

**Miscellaneous:**

**OFFICE COPY**

9:09-bk-11458-RR Juan Diaz Ortiz

Type: bk                    Chapter: 12 v              Office: 9 (Santa Barbara)
Assets: y                   Judge: RR                  Case Flag: DEFER

## U.S. Bankruptcy Court

## Central District Of California

Notice of Electronic Filing

The following transaction was received from Steven Trolard entered on 11/13/2009 at 11:56 AM PST
and filed on 11/13/2009
**Case Name:**       Juan Diaz Ortiz
**Case Number:**     9:09-bk-11458-RR
**Document Number:** 58

**Docket Text:**
Declaration setting forth postpetition, preconfirmation deed of trust payments Filed by Debtor Juan Diaz
Ortiz. (Trolard, Steven)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\ECF\Ortiz, Juan Diaz (nursery)\Decl re deed of trust payments.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=11/13/2009] [FileNumber=29702814
-0] [29281027fe63be432218cde1f00fbea1a91804e8320ab60287d80b71d999277bb
13976d41257a3e258241ce6ed15d1b2cfdc1d90c0ba78b791be9dbf99a7c53e]]

**9:09-bk-11458-RR Notice will be electronically mailed to:**

Raffi Khatchadourian on behalf of Creditor First Federal Bank of California
raffi@hemar-rousso.com

Miguel A Ortiz on behalf of Creditor Pacific Capital Bancorp
mortiz@grahamvaagelaw.com

Elizabeth (ND) F Rojas
cacb_ecf_nd@ch13wla.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

Steven Trolard on behalf of Debtor Juan Ortiz
steven@trolard.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Susan L Vaage on behalf of Creditor Pacific Capital Bancorp
svaage@grahamvaagelaw.com

**9:09-bk-11458-RR Notice will not be electronically mailed to:**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven Trolard, SBN 192588<br>Steven Trolard & Assoc. PLC<br>100 E. Thousand Oaks Blvd., Ste. 188<br>Thousand Oaks, Ca 91360<br>Tel: 805-495-8199  Fax: 805-495-8299<br><br>☒ Attorney for Debtor, Juan Diza Ortiz<br>☐ Pro Se Debtor | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER ~~13~~ *12*<br><br>CASE NUMBER  9:09-bk-11458-RR |
|---|---|
| In re<br><br>    JUAN DIAZ ORTIZ, DBA JDO NURSERY<br><br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, JUAN DIAZ ORTIZ _____ *(Debtor's name)*, hereby declare:

1.  I am the debtor in this chapter ~~13~~ *12* bankruptcy case that was filed on  4/22/09 _____

2.  I am the owner of real property[1] at the following street address:

    20991 S. MOUNTAIN ROAD, SANTA PAULA, CA 93013 _____

    _____ (the "Property").

3.  The Property is encumbered by the following deeds of trust:

    a.  First deed of trust in favor of  SANTA BARBARA BANK & TRUST _____

    b.  Second deed of trust in favor of  SANTA BARBARA BANK & TRUST _____ *(if applicable).*

    c.  Third deed of trust in favor of  SANTA BARBARA BANK & TRUST _____ *(if applicable).*

        *MOTION TO SUSPEND PENDING ON 3rd*

*(Continued on next page)*

_____
[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

_____
This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                              **F 3015-1.4**

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - *Page 2 of 5*

**F 3015-1.4**

| In re | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 9:09-bk-11458-RR |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| SANTA BARBARA BANK & TRUST FIRST DEED OF TRUST | $7,879.33 | 9/15/09 | 9/1/09 |
| | $7,879.33 | 10/15/09 | 9-29-09 |
| | $7,879.33 | 11/15/09 | 10-29-09 |
| **Creditor** | | | |
| SANTA BARBARA BANK & TRUST SECOND DEED OF TRUST | $836.95 | 9/15/09 | 9/1/09 |
| | 836.95 | 10-15-09 | 9/29-09 |
| | 836.95 | 11-15--9 | 10/29/09 |
| **Creditor** | | | |
| SANTA BARBARA BANK & TRUST THIRD DEED OF TRUST MOTION TO SUSPEND PAYMENTS | | | |
| | | | |
| | | | |
| | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U. S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5] "Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 3015-1.4**

Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments    **F 3015-1.4**
Local Bankruptcy Rule 3015-1(m) - *Page 3 of 5*

| In re | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER  9:09-bk-11458-RR |

6. Attached to this declaration are copies of the:

☒ cashier's checks,    ☐ money orders,    ☐ certified funds, or

☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

☒ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

☐ acknowledgment(s) signed by the Creditor's representative, or

☐ other documents that prove delivery of the Payments described in Paragraph 4 above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  11/12/09

Debtor

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**

*DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS*

| In re: Juan Diaz Ortiz | | CHAPTER  12 |
|---|---|---|
| | Debtor(s). | CASE NUMBER  9:09-bk-11458-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
100 E. Thousand Oaks Blvd. Ste 188
Thousand Oaks, CA 91360

A true and correct copy of the foregoing document described DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/12/09_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Elizabeth Rojas, Chapter 12 Trustee  cacb_ecf_nd@ch13wla.com
US Trustee      ustpregion16.nd.ecf@usdoj.gov
Susan L. Vaage, on behalf of Pacific Capital Bancorp  savage@grahamvaagelaw.com
Miguel A. Ortiz on behalf of Pacific Capital Bancorp mortiz@grahamvaagelaw.com
Raffi Khatchadourian  raffi@hemar-rousso.com
Ramesh Singh  claims@recoverycorp.com

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On __11/13/09_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Robin Riblet, Judge
US Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

X☐        Service information continued on
attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                **F 9013-3.1**

*DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS*

| In re: Juan Diaz Ortiz | CHAPTER  12 |
|---|---|
| Debtor(s). | CASE NUMBER  9:09-bk-11458-RR |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/13/09 | Jubilee Tristani | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                  **F 9013-3.1**

**OFFICIAL CHECK**

SERIAL #: 0740804203

ACCOUNT#: 4861-505345

| 07406 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

Purchaser:   JUAN D ORTIZ
Purchaser Account:  6987979504
Operator I.D.:   0u012930

PAY TO THE ORDER OF        ***SANTA BARBARA BANK AND TRUST***
***ACCT# 0101548345***

September 01, 2009

***Seven thousand eight hundred seventy-nine dollars and 33 cents***        **$7,879.33**

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  7,879.33

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004    M#20a 08458386

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44   0160 |
| Certified Fee | $2.80 | 09 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.54    09/01/2009 |

Sent To  *Santa Barbara Bon y tras*
Street, Apt. No; or PO Box No.  *P.O. BOX 60704*
City, State, ZIP+4  *Santa Barbara CA 93160*

7009 0820 0001 1251 3272

PS Form 3800, August 2006        See Reverse for Instructions

*Sept 09    Mortgpl*

*Page 1 & 2*

| 07408 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**OFFICIAL CHECK**

SERIAL #: 0740804399

ACCOUNT#: 4861-505329

Purchaser:   **JUAN D ORTIZ**
Purchaser Account:   6887979504
Operator I.D.:   cu012930

PAY TO THE ORDER OF

**September 01, 2009**

***SANTA BARBARA BANK AND TRUST***
***ACCT# 100769025***

***Eight hundred thirty-six dollars and 95 cents***

**\*\*$836.95\*\***

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  836.95

**NON-NEGOTIABLE**

**Purchaser Copy**

3004    M4203 08458386

---

**U.S. Postal Service** ™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | | |
|---|---|---|---|
| Postage | $ | $0.44 | 0186 |
| Certified Fee | | $2.90 | 08 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.54 | 09/01/2009 |

7009 0820 0001 1251 3289

Sent To
Santa Barbara County RES
Street, Apt. No.;
or PO Box No.  P O Box 60704
City, State, ZIP+4
Santa Barbara CAL 93160

PS Form 3800, August 2006            See Reverse for Instructions

SEPT 09    MORTGAGE

PAGE 2 8 2

OCTOBER

| | | |
|---|---|---|
| 07408 | 11-24 | |
| Office AU # | 1210(8) | |

**OFFICIAL CHECK**

SERIAL #: 0740804220
ACCOUNT#: 4861-505345

Purchaser: MARCELA C ORTIZ
Purchaser Account: 3266570948
Operator I.D.: cu008380   cu013974

**September 29, 2009**

PAY TO THE ORDER OF   ***SANTA BARBARA BANK AND TRUST***
***ACCT: 0101548345***

***Seven thousand eight hundred seventy-nine dollars and 33 cents***   **$7,879.33**

VOID IF OVER US $ 7,879.33

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   M4203 08458386

---

OCTOBER

| | | |
|---|---|---|
| 07408 | 11-24 | |
| Office AU # | 1210(8) | |

**OFFICIAL CHECK**

SERIAL #: 0740804427
ACCOUNT#: 4861-505329

Purchaser: MARCELA C ORTIZ
Purchaser Account: 3266570948
Operator I.D.: cu008380   cu013974

**September 29, 2009**

PAY TO THE ORDER OF   ***SANTA BARBARA BANK AND TRUST***
***ACCT: 100769025***

***Eight hundred thirty-six dollars and 95 cents***   **$836.95**

VOID IF OVER US $ 836.95

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004   M4203 08458386

OCT  09  MORTGAGE

PAGE  1  OF  2



OCT O9
MORTGPGE

PAGE 2 OF 2



*Nov*

## OFFICIAL CHECK

SERIAL #: 0740804239

ACCOUNT#: 4861-505345

**October 29, 2009**

PAY TO THE ORDER OF    **SANTA BARBARA BANK AND TRUST***
ACCT. 0101548345***

***Seven thousand eight hundred seventy-nine dollars and 33 cents***    **$7,879.33**

Purchaser:    MARCELA C ORTIZ
Purchaser Account: 3266570946

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER—IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  7,879.33

**NON-NEGOTIABLE**

**Purchaser Copy**



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ $0.44 | 0160 |
| Certified Fee | $2.80 | 55 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $3.24 | 10/29/2009 |

Sent To  *S.B. BANK & TRUST*

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

*Nov 09 Monty*

*Page 1 of 2*

**OFFICIAL CHECK**

SERIAL #:  0740804455

ACCOUNT#:  4861-505329

**October 29, 2009**

07408    11-24

Office AU #    1210(8)

Purchaser:    MARCELA C ORTIZ
Purchaser Account:  3266570948
Operator I.D.:    eu012560    eu013974

PAY TO THE ORDER OF    ***SANTA BARBARA BANK AND TRUST***
***ACCT 100769025***

**Eight hundred thirty-six dollars and 95 cents***    **$836.95**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  836.95

**NON-NEGOTIABLE**

**Purchaser Copy**

FB008

**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $  $0.44 | 0160 |
| Certified Fee | $2.80 | 55  Postmark |
| Return Receipt Fee (Endorsement Required) | $0.00 | Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $  $3.24 | 10/29/2009 |

Sent To    S.B. BANK & TRUST

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

Nov 09  MORTG
Post  Z  8  Z

PLAN

Payment To

TRUSTEE

| 07408 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

**OFFICIAL CHECK**

SERIAL #:  0740803514

ACCOUNT #:  4861-505337

Purchaser:      **JUAN D ORTIZ**
Purchaser Account:   6987979504
Operator I.D.:      cu012930

PAY TO THE ORDER OF      ***CHAPTER 12 TRUSTEE***

**September 01, 2009**

***Two thousand four hundred eighty-five dollars and 11 cents***

**\*\*$2,485.11\*\***

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER--IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $   2,485.11

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004     M4203  08458386

PAID DIRECTLY
TO TRUSTEE
AT 341

OCTOBER

## OFFICIAL CHECK

SERIAL #:  0740803533

ACCOUNT#:  4861-505337

| 07408 | 11-24 |
|---|---|
| Office AU # | 1210(8) |

Purchaser:    MARCELA C ORTIZ
Purchaser Account:  3266570948
Operator I.D.:    cu008380    cu013974

September 29, 2009

PAY TO THE ORDER OF    ***CHAPTER 12 TRUSTEE***

***Two thousand four hundred eighty-five dollars and 11 cents***

**$2,485.11**

**WELLS FARGO & COMPANY ISSUER**
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  2,485.11

**NON-NEGOTIABLE**

### Purchaser Copy

B004    M4203  06458386

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 | 0180 | OCT. |
| Certified Fee | $2.80 | 06 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | | |
| Total Postage & Fees | $ | $3.24 | 09/30/2009 |

Sent To
TRUSTEE
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006    See Reverse for Instructions

7009 2250 0003 3436 0981

OCT

*NoV - TRUSTEE*

## OFFICIAL CHECK

SERIAL #:  0740803555

ACCOUNT#: 4861-505337

07408        11-24

Office AU #        1210(8)

Purchaser:        MARCELA C ORTIZ
Purchaser Account: 3266570948
Operator I.D.:    sub12560        stu613974

**October 29, 2009**

PAY TO THE ORDER OF        *** CHAPTER 12 TRUSTEE ***

***Two thousand four hundred eighty-five dollars and 11 cents***        **$2,485.11**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRES CALL (480) 394-3122.

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $  2,485.11

**NON-NEGOTIABLE**

**Purchaser Copy**

FB004

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 | 0160 |
| Certified Fee | $2.80 | 55 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $3.24 | 10/29/2009 |

Sent To    ELIZABETH ROJAS

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006        See Reverse for Instructions

7009 1410 0001 3396 1056

*NoV*

| In re: Juan Diaz Ortiz | CHAPTER 12 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-11458-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 E. Thousand Oaks Blvd. Ste 188
Thousand Oaks, CA 91360

A true and correct copy of the foregoing document described Application For Order Continuing Plan Confirmation Hearing will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/13/09_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Elizabeth Rojas, Chapter 12 Trustee  cacb_ecf_nd@ch13wla.com
US Trustee        ustpregion16.nd.ecf@usdoj.gov
Susan L. Vaage, on behalf of Pacific Capital Bancorp  savage@grahamvaagelaw.com
Raffi Khatchadourian  raffi@hemar-rousso.com
Miguel A. Ortiz  mortiz@grahamvaagelaw.com
Ramesh Singh claims@recoverycorp.com

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___11/14/09_____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Robin Riblet, Judge
US Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

☒        Service information continued on
attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (**indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                        **F 9013-3.1**

| In re: Juan Diaz Ortiz | CHAPTER 12 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-11458-RR |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/14/09 | Jubilee Tristani | *Jubilee Tristani* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                F 9013-3.1

Juan Diaz Ortiz
20991 S. Mountain Road
Santa Paula, CA 93060

Steven Trolard
Steven Trolard & Associates, PLC
100 E. Thousand Oaks Blvd.
Suite 188
Thousand Oaks, CA 91360

Artemio Perez
1364 Cramer Dr.
Carpinteria, CA 93013

Aurora Loan Services
Attn: Bankruptcy
Po Box 1706
Scottsbluff, NE 69363

Bali Horticultural
c/o Euler Hermes UMA
369 Pine Street
Suite 410
San Francisco, CA 94104

Bernice James
Tax Collector, Santa Barbara Co.
PO Box 579
Santa Barbara, CA 93102

Capital One, N.a.
Po Box 26625
Richmond, VA 23261

Cfna/tag
6275 Eastland Rd
Brookpark, OH 44142

Chase Auto Finance
Attn:  Bankruptcy Research Dept
3415 Vision Dr
Columbus, OH 43219


Chase Auto Finance
National Recovery Group
PO Box 29505
Phoenix, AZ 85038-9505


Chase Automotive Finance
PO Box 31167
Tampa, FL 33631-3167


Citi Mortgage Inc
Attention:  Bankruptcy Department
Po Box 79022, Ms322
St. Louis, MO 63179


Citibank / Sears
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Dahlstrom and Watt Bulb
361 Sarina Rd. N.
Smith River, CA 95567


David Jaskolski
Farmers Insurance Agent
4915 Carpinteria Ave. #D
Carpinteria, CA 93013


Dsnb Macys
Attn: Bankruptcy
6356 Corley Rd
Norcross, GA 30071

Farmers Insurance Group
PO Box 894729
Los Angeles, CA 90189


Farmers Insurance Group
PO Box 9075
Van Nuys, CA 91409


Fia Csna
Po Box 26012
Nc4-105-02-77
Greensboro, NC 27410


First Federal Bank Of California
Attn: Loan Service
12555 W. Jefferson Blvd.
2nd Floor
Los Angeles, CA 90066-7036


Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 537901
Livonia, MI 48153


G M A C
P O Box 2150
Greeley, CO 80632


Ge Capital Credit Card
Po Box 103106
Roswell, GA 30076


GMAC
PO BOX 2150
Greeley, CO 80632

Gmac Mortgage
3451 Hammond Ave
Waterloo, IA 50702


Jacqueline N. Anker
Attorney for Ball
27 West Anapamu Street, #325
Santa Barbara, CA 93101


JC Penney
Attention: Bankruptcy Department
Po Box 103106
Roswell, GA 30076


Mid State Bank And Tru
1026 Grand Ave
Arroyo Grande, CA 93420


Novastar Financial
Attention: Customer Relations/Bankruptc
Po Box 163405
Fort Worth, TX 76161


Professional Recovery Services
PO Box 1880
Voorhees, NJ 08043


Rshk/cbsd
Po Box 6497
Sioux Falls, SD 57117


Santa Barbara Bank & Trust
C/O Witkin & Eisinger, LLC
530 South Glenoaks Blvd.
Ste. 207
Burbank, CA 91502

Santa Barbara Bk & Tru
711 E Daily Dr Ste 200
Camarillo, CA 93010


Sears/cbsd
Po Box 6189
Sioux Falls, SD 57117


Sheppard West, Inc.
Redfeather Ridge
27850 Lady Slipper Loop
Eugene, OR 97405


T.D. Service Company
1820 E. First Street
Suite 210
PO Box 11988
Santa Ana, CA 92711-1988


United Consumer Financial Services
865 Bassett Rd
Westlake, OH 44145


Ventura Toyota
6360 Auto Center Drive
Ventura, CA 93003


Visdsnb
Bankruptcy
6356 Corley Rd
Norcross, GA 30071


Wash Mutual/providian
Attn: Bankruptcy Dept
Po Box 10467
Greenville, SC 29601