STEVEN TROLARD    Bar No. 192588
STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation
100 East Thousand Oaks Blvd., Suite 188
Thousand Oaks, Ca 91360
Phone: 805-495-8199
Fax: 805-495-8299
e-mail No.: steven@trolard.com

Attorney for Debtor, JUAN DIAZ ORTIZ

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 12 |
| JUAN DIAZ ORTIZ, | Case No.: 9:09-bk-11458-RR |
| Debtor, | MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL; DECLARATION OF STEVEN TROLARD; POINTS AND AUTHORITIES; EXHIBIT 1 [11 U.S.C. section 363(c) (2)] |
| | Date: December 17, 2009 |
| | Time: 10:00 a.m. Place: United States Bankruptcy Court 1415 State Street Courtroom 201 Santa Barbara, CA 93101 |

TO THE HONORABLE, ROBIN RIBLET, Bankruptcy Judge, and SANTA BARBARA BANK & TRUST, A DIVISION OF PACIFIC CAPITAL BANK:

The within debtor respectfully represents:

1

1. This case was commenced on April 22, 2009 as a Chapter 12 proceeding.

2. Among the assets of this estate is the debtors' personal residence and farming operation located at 20991 South Mountain Road, Santa Paula, California 93060 (the "Property"). The Property is encumbered by a first, second and third deed of trust in favor of Santa Barbara Bank & Trust, a division of Pacific Capital Bank, N.A. On August 29, 2009 the debtor commenced an adversary proceeding (the "Adversary Proceeding"), which has been amended, which seeks to avoid the entire third deed of trust having a balance of $141,755.58.

3. The debtor has entered into a written agreement to rent a portion of the farm land to a third party. The purpose of renting the land is to raise cash with which to make the monthly deed of trust payments to Santa Barbara Bank & Trust on the first and second deeds of trust. A copy of the written agreement is attached hereto as Exhibit 1.

4. The debtor respectfully requests authorization to use the cash collateral to pay to the creditor, Santa Barbara Bank & Trust a Division of Pacific Capital Bank, to be applied to the deeds of trust of SBB&T.

5. The interest of creditor, SBB&T is protected as the rental income would be paid to SBB&T in the form of monthly deed of trust payments; and therefore, the creditor will have adequate protection of its interest in the cash collateral.

Dated this 22nd day of November, 2009

STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation

By: /s/ Steven Trolard
Steven Trolard
Attorney for Debtor

# DECLARATION

### **DECLARATION OF STEVEN TROLARD**

I, STEVEN TROLARD, declare as follows:

1. I am the attorney for the debtors in the within bankruptcy proceeding.

2. Attached hereto as Exhibit 1 is copy of the Request to Continue the Case as a Chapter 12 Case, along with the debtor's declaration in support of the motion, and a copy of the real property lease in question. This is a true and correct copy of the document that I filed with the court on September 29, 2009.

I declare under penalty of perjury under the laws of the United States that said facts are true and correct to the best of my knowledge.

Executed at Thousand Oaks, California, this 22nd day of November, 2009.

_____
Steven Trolard

POINTS AND AUTHORITIES

## POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PERMISSION TO USE CASH COLLATERAL

<u>Rights, Powers and Duties of the Debtor in Possession.</u>

In operating the business, the debtor has all of the benefits and is subject to all of the restrictions contained in chapter 3 of the Bankruptcy Code, including provisions regarding the use, sale, and lease of property under section 363 and regarding obtaining credit under section 364. <u>11 U.S.C. section 1203.</u>

If any such proceeds constitute cash collateral the debtor must segregate and account for the cash collateral and may not use any of the cash collateral unless the secured party consents or unless the court, after notice and a hearing, authorizes such use. <u>11 U.S.C. section 363(c) (4).</u>

The court will condition the debtor's use of cash collateral upon the debtor's providing the secured party with adequate protection of its interest in the cash collateral. <u>11 U.S.C. section 363 (e).</u>

Here, the creditor, Santa Barbara Bank & Trust will have adequate protection in the cash collateral because the debtor will pay the cash collateral directly to the secured creditor to be applied towards the deed of trust payments on the first and second deeds of trust.

Dated this 22nd day of November, 2009

STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation

By /s/ Steven Trolard
Steven Trolard
Attorney for Debtor

**EXHIBIT 1**

5

STEVEN TROLARD    Bar No. 192588
STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation
100 East Thousand Oaks Blvd., Suite 188
Thousand Oaks, Ca 91360
Phone: 805-495-8199
Fax: 805-495-8299
e-mail No.: steven@trolard.com

Attorney for Debtor, JUAN DIAZ ORTIZ

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Chapter 12 |
| JUAN DIAZ ORTIZ, | ) Case No.: 9:09-bk-11458-RR |
| Debtor, | ) REQUEST BY DEBTOR TO CONTINUE THE CASE AS A CHAPTER 12 CASE AND NOT CONVERT TO A CHAPTER 7 CASE; DECLARATION OF JUAN DIAZ ORTIZ; EXHIBIT |

**TO THE HONORABLE, ROBIN RIBLET:**

The debtor, Juan Diaz Ortiz, respectfully requests that this case continue as a Chapter 12 case and not be converted to a Chapter 7, or dismissed.

**Recital of Facts**

This case was commenced on April 22, 2009 as a Chapter 12 proceeding. On Friday, September 25, 2009 at the Plan Confirmation Hearing the Court tentatively ruled on the objection of Santa Barbara Bank & Trust indicating that the debtor will be unable to deduct a cost of sale in

1

determining the unsecured portion of the second deed of trust. The debtor had instructed his attorney to convert the case to a Chapter 7 case if the debtor is required to pay anything towards the second deed of trust and the debtor's attorney so informed the Court on Friday, September 25, 2009.

The Court then instructed the debtor's attorney to file the motion to convert before September 30, 2009 or have the case dismissed on October 1, 2009.

The debtor's situation has since changed and the debtor now wants to continue the Chapter 12 case. Specifically, on Sunday, September 27, 2009 the debtor received a written offer from Robert Dedlow, a local farmer, to lease part of debtor's unused acreage for a three year period beginning on October 15, 2009. Based on the additional income this agreement will provide the debtor he now believes the Chapter 12 Plan is feasible and he requests that his case continue as a Chapter 12. A copy of the Agreement is attached to the debtor's declaration as <u>Exhibit 1.</u>

The debtor therefore, respectfully requests that the case proceed as a Chapter 12.

The debtor will file a Third Amended Chapter 12 Plan that reflects the Court's tentative ruling on the Objection of Santa Barbara Bank & Trust.

The debtor withdraws his First Amended Motion To Suspend Payments to Santa Barbara Bank & Trust and proceeds on the original Motion. The Motion is scheduled for hearing on October 6, 2009.

The debtor requests that the Confirmation Hearing be continued to November 19, 2009 at 10:00 a.m.

Dated this 29th day of September, 2009

STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation

_____
Steven Trolard
Attorney for Debtor

2

## **DECLARATION OF JUAN DIAZ ORTIZ**

I, JUAN DIAZ ORTIZ, declare as follows:

1. I am the debtor in the within bankruptcy proceeding.

2. On Friday, September 25, 2009 I instructed my attorney, Steven Trolard, to file a motion to convert my case to a Chapter 7 case if the Court requires me to pay anything on the second lien with Santa Barbara Bank & Trust. This was because I did not see how I could make the payment on the second deed of trust.

3. However, over this weekend the situation changed and now I will be able to afford the Chapter 12 Plan requirements.

4. I received a written offer from Robert Dedlow, an established local farmer, who wants to lease nine of my acres for farming. A copy of the proposed land lease agreement is attached as Exhibit 1. With this additional income I believe that I will be able to remain in the nursery business and make the payments called for in my First Amended Chapter 12 Plan.

5. Therefore, I respectfully request that the Court continue my case as a Chapter 12.

[Verification Attached]

3

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Dated this 28th day of September 2009 and executed at Thousand Oaks, California.

_____
Juan Diaz Ortiz

# Exhibit 1

## LAND LEASE AGREEMENT

## LAND LEASE AGREEMENT

### 9 ACRE PLUSE

By this agreement made at Santa Pala Ca. on the 15th day of Oct. 2009 the landlord Juan Ortiz and the tenant Robert Dedlow. Agree as fallows

1. Property

The landlord Hereby lease tenant for the term of this agreement include, land easement.

A. The property located at
   20991 So. Mountain Rd.
   Santa Paula Ca. 93060

2. Terms

The term of this lease is for three years begining on Oct. 15th 2009 and ending on Oct 15th 2012, At the expiration of said term the tenant has an option to renew the lease for another three years. But must notifiy landlord 90 days befor expiration of lease.

3. Lease Amount

Tenant agrees to pay in the amount of $25,600 per year. Paid in Semi annually payments, of $12,800 each 6 months.

4. Utilities/ Services

Tenant agree to pay for electricity, water pump maintenance fee, and united water conservation dist. Fees.

Per month

A. Water pump electric used So. Cal Edison
B. Water pump Main/ Fees $100
C. Semi Annual ground water prod. Santa Paula

The Parties also Agree

A. Tenant agrees to regularly Maintain the road easement to property. Clean of mud & debris.

Landlord                                                    Tenant

Juan Ortiz                                                  Robert Dedlow
20991 So Mountian Rd. Santa Paula Ca. 93060                 11069 Penrose st. Sun valley Ca. 91312

| In re: Juan Diaz Ortiz | CHAPTER 12 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-11458-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 E. Thousand Oaks Blvd. Ste 188
Thousand Oaks, CA 91360

A true and correct copy of the foregoing document described REQUEST BY DEBTOR TO CONTINUE THE CASE AS A CHAPTER 12 CASE AND NOT CONVERT TO A CHAPTER 7 CASE WITH DECLARATION OF JUAN DIAZ ORTIZ, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/28/09_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Elizabeth Rojas, Chapter 12 Trustee   cacb_ecf_nd@ch13wla.com
US Trustee        ustpregion16.nd.ecf@usdoj.gov
Susan L. Vaage, on behalf of Pacific Capital Bancorp   savage@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __9/29/09_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Robin Riblet, Judge
US Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                      **F 9013-3.1**

| In re: Juan Diaz Ortiz | CHAPTER 12 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-11458-RR |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/29/09 | Jubilee Tristani | *signature* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                   F 9013-3.1

**File a Motion:**  **ORIGINAL**

9:09-bk-11458-RR Juan Diaz Ortiz

| | | |
|---|---|---|
| Type: bk | Chapter: 12 v | Office: 9 (Santa Barbara) |
| Assets: y | Judge: RR | Case Flag: DEFER |

## U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Steven Trolard entered on 9/29/2009 at 11:17 AM PDT and filed on 9/29/2009
**Case Name:**    Juan Diaz Ortiz
**Case Number:**    9:09-bk-11458-RR
**Document Number:** 47

**Docket Text:**
Application *To Continue Case As A Chapter 12 Case And Not Convert To Ch 7, with declaration of debtor, exhibit, proof of service.* Filed by Debtor Juan Diaz Ortiz (Trolard, Steven)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\ECF\Ortiz, Juan Diaz (nursery)\Request To Continue as Ch 12.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=9/29/2009] [FileNumber=28568063-0] [267d60fd087cf793b8768e00720e866d6af3d9fd968b47d65eaeaf8c980fc362f1cb8f302ce131afb50c6f640a36b9e22d8d197c75e876d517f8ce4000138fe3]]

**9:09-bk-11458-RR Notice will be electronically mailed to:**

Raffi Khatchadourian on behalf of Creditor First Federal Bank of California
raffi@hemar-rousso.com

Miguel A Ortiz on behalf of Creditor Pacific Capital Bancorp
mortiz@grahamvaagelaw.com

Elizabeth (ND) F Rojas
cacb_ecf_nd@ch13wla.com

Ramesh Singh on behalf of Interested Party Courtesy NEF
claims@recoverycorp.com

Steven Trolard on behalf of Debtor Juan Ortiz
steven@trolard.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Susan L Vaage on behalf of Creditor Pacific Capital Bancorp
svaage@grahamvaagelaw.com

**9:09-bk-11458-RR Notice will not be electronically mailed to:**