STEVEN TROLARD   Bar No. 192588
STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation
100 East Thousand Oaks Blvd., Suite 188
Thousand Oaks, Ca 91360
Phone: 805-495-8199
Fax: 805-495-8299
e-mail No.: steven@trolard.com
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JUAN DIAZ ORTIZ,<br>DBA JDO NURSERY | Chapter 12<br><br>Case No.: 9:09-bk-11458-RR<br><br>**FOURTH AMENDED CHAPTER 12 PLAN**<br><br>Section 341(a) Meeting of Creditors:<br>9/2/09<br>Time: 12:00 p.m.<br>128 E. Carrillo Street, Santa Barbara, CA<br><br>CONFIRMATION HEARING<br>December 17, 2009<br>Time: 10:00 a.m.<br>Ctrm: 201<br>2nd Floor |

**FOURTH AMENDED CHAPTER 12 PLAN**

1

**YOUR RIGHTS WILL BE AFFECTED.** You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provisions of this plan or any motion included below must file a timely written objection. This plan may be confirmed and the motions included below may be granted without further notice or hearing unless written objection is filed before the deadline stated on the separate Notice you should have received from the bankruptcy court. If you have a secured claim, this is notice that your lien may be voided or modified if you do not object to this plan.

**THIS PLAN DOES NOT ALLOW CLAIMS.** You must file a proof of claim to be paid under any plan that may be confirmed.

1. **PAYMENT AND LENGTH OF PLAN**

    **The proposed length of the plan is 36 months.**

    Debtor shall pay **$712.95** per month to the Chapter 12 Trustee starting on September 1, 2009. When the vehicle loan is paid off in 24 months the monthly payment to the trustee will decrease to zero.

    A. **Payments outside plan to Cure Preconfirmation Defaults: $542.68**

    1. $478.93 per month for 360 months to cure the default on the First Deed of Trust with Santa Barbara Bank and Trust, Account Number 0101548345, which includes the Ventura County delinquent property taxes, with five (5) percent per annum interest. The amount of arrears is estimated at $87,910.64 as of 7/20/09, which includes the past due property taxes owed to Ventura County Tax Collector. Santa Barbara Bank & Trust to pay the past due property taxes on the property from the plan payments.

    2. $63.75 per month for 360 months with five (5) percent per annum interest, to cure the default on the Second Deed of Trust with Santa Barbara Bank & Trust, Account Number 100769025. The amount of arrears is estimated at $11,502.00 as of August 2009.

    B. **Payments inside the plan on Secured claims that will be paid off during plan period: $679.00**

    1. $679.00 per month to GMAC for 2006 Chevy Truck, license 8D03837, account xxx9414 until loan is paid in full in 24 months.

    C. **Total of monthly payments inside plan before Trustee's fee: $679.00**

D.  Non-standing Chapter 12 Trustee's compensation estimated 5% of debtor's payments: $33.95

1. Total monthly payments to trustee: $712.95

until vehicle loan is paid off, then the base amount is $0.00 and trustee fee is $0.00.

E.  **POST CONFIRMATION MONTHLY PAYMENTS DIRECTLY TO LENDER**

1. **Santa Barbara Bank & Trust**

The post-confirmation monthly payments will be made by the Debtor directly to secured creditor, Santa Barbara Bank and Trust, in the amount of:

(1) $5,564.33 to be applied to account number 0101548345, which represents the first deed of trust, estimated at $1,036,159.97, and the property tax impound on the real property located at 20991 S. Mountain Road, Santa Paula, CA 93060 repaid over 360 months with five (5) percent annual interest; and

(2) $646.19 to be applied to account number 100769025 which is the second deed of trust estimated at $120,000.00 repaid over 360 months with five (5) percent annual interest.

2. **Ventura Toyota**

The post-confirmation monthly payments to Ventura Toyota will continue to be made by the vehicle's co-debtor, Artemio Perez, for the 2006 Toyota truck. Account No. xxxx-72175

3

## II. SECURED CLAIMS: ADVERSARY COMPLAINT TO VALUE COLLATERAL AND VOID LIENS UNDER 11 U.S.C. SECTION 506:

1. <u>Santa Barbara Bank & Trust</u>

The debtor had the real property appraised and the fair market value is $1,150,000.00.

Creditor, Santa Barbara Bank & Trust has a secured First Deed of Trust in an amount estimated at $1,036,159.97, a Second Deed of Trust in an amount estimated at $200,000.00 and a Third Deed of Trust in an amount estimated at $141,755.58

The debtor has filed an Adversary Proceeding to have the Third Deed of Trust, in the amount estimated to be $141,755.58, declared unsecured and avoided in its entirety; and to declare forty (40) percent of the Second Deed of Trust, in the amount of $81,957.04 declared unsecured and avoided.

The debtor has filed a motion to suspend the payment to Santa Barbara Bank & Trust for the unsecured portions of the deeds of trust pending the outcome of the Adversary Complaint.

## III. UNSECURED CLAIMS:

The base plan is $679.00 which is estimated to pay 0.00% of the allowed claims of nonpriority unsecured creditors.

## IV. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Not applicable

## V. REPOSSESSIONS AND FORECLOSURES

The debtor has surrendered the real property located at 1364 Cramer Circle, Carpenteria, CA. The lenders are First Federal Bank of California and Washington Mutual.

The vehicle, 2006 Chevrolet Suburban, 3GNFK16Z76G124830, was repossessed by the creditor, Chase Automotive Finance.

The claim of **Bernice James, Santa Barbara County Tax Collection,** relates to real property taxes on the real property located at 1364 Cramer Circle, Carpenteria, CA, which was surrendered to the lender, First Federal Bank of California and Washington Mutual.

### VI. VESTING OF PROPERTY OF ESTATE

Property of the estate shall revest in Debtor upon confirmation of the Plan.

### VII. FEASIBILITY OF PLAN

The debtor has entered into a written lease agreement to rent a part of his real property to another farmer. The debtor will pay the rental income (cash collateral) monthly to Santa Barbara Bank & Trust to be applied towards the First and Second Deeds of Trust monthly payments.

### VII. PAYMENT NOTICES

Creditors and lessors provided for above may continue to mail customary notices or coupons to the Debtor or Trustee notwithstanding the automatic stay.

### VIII. ORDER OF DISTRIBUTION

Trustee shall pay allowed claims in the following order:
Trustee Fee
Administrative expenses in an amount not exceeding 10 % of each Plan Payment until paid in full;
Priority Claims
Secured Claims
General Unsecured Claims

### IX FUTURE EARNINGS

The Plan requires submitting all or such portion of the future earnings or other future income of the debtor to the supervision and control of the trustee as is necessary for the execution of the plan.

Dated: 11/24/09

_____/s/_____
Signature of Debtor, Juan Diaz Ortiz

Dated this 24th day of November, 2009

STEVEN TROLARD & ASSOCIATES
A Professional Law Corporation

By: _____/s/_____
Steven Trolard
Attorney for Debtor

6