| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven Trolard  SBN 192588<br>Steven Trolard & Assoc. PLC<br>100 E. Thousand Oaks Blvd., Ste. 188<br>Thousand Oaks, CA 91360<br>Tel: 805-495-8199 Fax: 805-495-8299<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Debtor, Juan Diza Ortiz | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>JUAN DIAZ ORTIZ<br>dba JDO NURSERY<br><br><br><br>Debtor(s). | CHAPTER: ~~13~~ 12<br>CASE NO.  09-bk-11458-RR<br><br>SECTION 341(a) MEETING OF CREDITORS:<br>DATE: 09/02/09<br>TIME: 12:00 PM<br>HEARING ROOM: 128 E. Carrillo St., Santa Barbara<br><br>CONFIRMATION HEARING:<br>DATE: 12/17/09<br>TIME: 10:00 AM<br>CTRM: 201<br>FLOOR: 2ND<br><br>DEADLINE FOR OBJECTIONS TO PLAN: _____*<br>(*8 days before the Section 341(a) meeting) |

## NOTICE OF SECTION 341(a) MEETING AND
## HEARING ON CONFIRMATION OF CHAPTER ~~13~~ 12 PLAN
## WITH COPY OF CHAPTER ~~13~~ 12 PLAN

1. NOTICE IS HEREBY GIVEN to all creditors and other interested parties that on the above date and time and in the indicated courtroom, debtor(s) will seek court approval of the attached Chapter ~~13~~ 12 plan.

2. **Section 341(a) Meeting Location:**
   - ☐ 725 South Figueroa Street, Lobby Level, Los Angeles
   - ☐ 21051 Warner Center Lane, Suite 115, Woodland Hills
   - ☐ 3420 Twelfth Street, Riverside
   - ☐ 411 West Fourth Street, Room 1-154, Santa Ana
   - ☐ 128 East Carrillo Street, Santa Barbara

3. **Chapter 13 Plan Confirmation Hearing Location:**
   - ☐ 255 East Temple Street, Los Angeles
   - ☐ 21041 Burbank Boulevard, Woodland Hills
   - ☐ 3420 Twelfth Street, Riverside
   - ☐ 411 West Fourth Street, Santa Ana
   - ☒ 1415 State Street, Santa Barbara

4. **OBJECTIONS TO PLAN:** If you wish to object to the confirmation of the Chapter 12 plan, you must file a written objection with the Bankruptcy Court and serve a copy of it upon the debtor(s), the attorney for the debtor(s), and the Chapter 12 trustee before the deadline set forth above. Unless you timely file a written objection to the plan and appear at the confirmation hearing, the Court may treat your failure to do so as a waiver of your right to object to the plan, and may approve the plan.

5. **APPEARANCE BY DEBTOR(S) AND THE ATTORNEY FOR THE DEBTOR(S) IS REQUIRED AT BOTH THE SECTION 341(a) MEETING AND THE CONFIRMATION HEARING.** If the Chapter 12 trustee finds at the Section 341(a) meeting that the case is ready for confirmation, the trustee may, but is not required to, stipulate that the debtors and counsel are excused from appearance at the confirmation hearing (if the assigned judge permits the trustee to waive appearances). If the Chapter 12 trustee finds at the Section 341(a) meeting that the case is NOT ready for confirmation, the trustee may, but is not required to, continue the Section 341(a) meeting and/or the confirmation hearing to a later date. **Unexcused failure by the debtor(s) to appear at either the Section 341(a) meeting or the confirmation hearing may result in dismissal of the case.** The dismissal order may include a prohibition on filing any other bankruptcy case for a period of 180 days pursuant to 11 U.S.C. § 109(g).

Dated: 11/24/09

_[signature]_
Signature of Debtor(s) or Attorney for Debtor(s)

Steven Trolard & Associates, PLC
*Print Law Firm Name (if applicable)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 3015-1.2**

Notice of Chapter 12 Confirmation – Page 2

F 3015-1.2

| In re | (SHORT TITLE) | CHAPTER 12 |
|---|---|---|
| | Debtor(s). | CASE NO.: 09-bk-11458-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
100 E. Thousand Oaks Blvd., Ste. 188, Thousand Oaks, CA 91360

A true and correct copy of the foregoing document described as Notice of Chapter 12 Confirmation Hearing, with Fourth Amended Chapter 12 Plan attached _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/24/09 _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
Raffi Khatchadourian, raffi@hemar-rousso.com
Miguel A. Ortiz, mortiz@grahamvaagelaw.com
Elizabeth Rojas, Chapter 12 Trustee cacb_ecf_nd@ch13wla.com
Ramesh Singh, claims@recoverycorp.com   Susan Vaage, svaage@grahamvaagelaw.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/24/09 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Robin Riblet, Judge
United States Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

Miguel A. Ortiz
Graham-Vaage, LLP
500 N. Brand Blvd. Ste 1030
Glendale, CA 91203

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/24/09 | Jubilee Tristani | _Jubilee Tristani_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.2




Juan Diaz Ortiz
20991 S. Mountain Road
Santa Paula, CA 93060


Steven Trolard
Steven Trolard & Associates, PLC
100 E. Thousand Oaks Blvd.
Suite 188
Thousand Oaks, CA 91360


Artemio Perez
1364 Cramer Dr.
Carpinteria, CA 93013


Aurora Loan Services
Attn: Bankruptcy
Po Box 1706
Scottsbluff, NE 69363


Bali Horticultural
c/o Euler Hermes UMA
369 Pine Street
Suite 410
San Francisco, CA 94104


Bernice James
Tax Collector, Santa Barbara Co.
PO Box 579
Santa Barbara, CA 93102


Capital One, N.a.
Po Box 26625
Richmond, VA 23261


Cfna/tag
6275 Eastland Rd
Brookpark, OH 44142


Elizabeth Rojas
Chapter 12 Trustee
15060 Ventura Blvd #240
Sherman Oaks, CA 91403

Case 9:09-bk-11458-RR    Doc 68    Filed 11/25/09    Entered 11/25/09 19:24:48    Desc
Main Document      Page 4 of 8




Citi Mortgage Inc
Attention: Bankruptcy Department
Po Box 79022, Ms322
St. Louis, MO 63179


Citibank / Sears
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195


Dahlstrom and Watt Bulb
361 Sarina Rd. N.
Smith River, CA 95567


David Jaskolski
Farmers Insurance Agent
4915 Carpinteria Ave. #D
Carpinteria, CA 93013


Dsnb Macys
Attn: Bankruptcy
6356 Corley Rd
Norcross, GA 30071


Farmers Insurance Group
PO Box 894729
Los Angeles, CA 90189


Farmers Insurance Group
PO Box 9075
Van Nuys, CA 91409


Fia Csna
Po Box 26012
Nc4-105-02-77
Greensboro, NC 27410




First Federal Bank Of California
Attn: Loan Service
12555 W. Jefferson Blvd.
2nd Floor
Los Angeles, CA 90066-7036


Ford Motor Credit Corporation
National Bankruptcy Center
Po Box 537901
Livonia, MI 48153


Ge Capital Credit Card
Po Box 103106
Roswell, GA 30076


GMAC
PO BOX 2150
Greeley, CO 80632


Gmac Mortgage
3451 Hammond Ave
Waterloo, IA 50702


Jacqueline N. Anker
Attorney for Ball
27 West Anapamu Street, #325
Santa Barbara, CA 93101


JC Penney
Attention: Bankruptcy Department
Po Box 103106
Roswell, GA 30076


Mid State Bank And Tru
1026 Grand Ave
Arroyo Grande, CA 93420



Novastar Financial
Attention: Customer Relations/Bankruptc
Po Box 163405
Fort Worth, TX 76161


Professional Recovery Services
PO Box 1880
Voorhees, NJ 08043


Rshk/cbsd
Po Box 6497
Sioux Falls, SD 57117


Santa Barbara Bank & Trust
C/O Witkin & Eisinger, LLC
530 South Glenoaks Blvd.
Ste. 207
Burbank, CA 91502


Santa Barbara Bk & Tru
711 E Daily Dr Ste 200
Camarillo, CA 93010


Sears/cbsd
Po Box 6189
Sioux Falls, SD 57117


Sheppard West, Inc.
Redfeather Ridge
27850 Lady Slipper Loop
Eugene, OR 97405


T.D. Service Company
1820 E. First Street
Suite 210
PO Box 11988
Santa Ana, CA 92711-1988




United Consumer Financial Services  
865 Bassett Rd  
Westlake, OH 44145  

Ventura Toyota  
6360 Auto Center Drive  
Ventura, CA 93003  

Visdsnb  
Bankruptcy  
6356 Corley Rd  
Norcross, GA 30071  

Wash Mutual/providian  
Attn: Bankruptcy Dept  
Po Box 10467  
Greenville, SC 29601  

Washingon Mutual  
Atten: Bankruptcy  
Dept. JAXA 2035  
7255 Bay Meadows Way  
Jacksonville, FL 32256  

Washington Mutual  
PO Box 78065  
Phoenix, AZ 85062  

Washington Mutual  
990 S. Second St.  
Coos Bay, OR 97420  

Washington Mutual / Providian  
Attn: Bankruptcy Dept.  
Po Box 10467  
Greenville, SC 29603




Washington Mutual Bank
Small Business Loan Serv. Centr
Mail Stop Code SATX2A2B
PO Box 34990
San Antonio, TX 78265-4990


Washington Mutual Bank
PO Box 41275
JAXA2040
Jacksonville, FL 32203


Washington Mutual FA
3990 S. Babcock St
Melbourne, FL 32901


Washington Mutual Mortgage
Bankruptcy Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 32256


Wendover Fin Srvs Corp
1550 Liberty Ridge
Wayne, PA 19087


World Savings & Loan
4101 Wiseman Blvd
Attn: Bankruptcy
San Antonio, TX 78251