```
ELIZABETH F. ROJAS
CHAPTER 13 STANDING TRUSTEE
15060 VENTURA BLVD., SUITE 240
SHERMAN OAKS, CA 91403
TELEPHONE:  (818) 933-5700
FACSIMILE:  (818) 993-5755
```

ENTERED
MAR 15 2010

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

IN RE:

JUAN DIAZ ORTIZ

Dba JDO NURSERY,

Debtor

Case No.: SV 09-11458 RR

ORDER CONFIRMING CHAPTER 12 PLAN

Date:     December 17, 2009
Time:     10:00 a.m.
Location: Courtroom #201
          1415 State Street
          Santa Barbara, CA 93101

The Plan under Chapter 12 of 11 U.S.C. (the Bankruptcy Code) filed by Juan Diaz Ortiz dba JDO Nursery, Debtor, on July 21, 2009 and modified by the Fourth Amended Chapter 12 Plan filed on November 25, 2009, having been transmitted to all parties in interest; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1225 have been satisfied;

Appearances were as noted in the record. The Court having considered the pleadings filed and statements of the parties in open court, and good cause appearing,

**IT IS ORDERED** that:

The Fourth Amended Chapter 12 Plan filed by Juan Diaz Ortiz dba JDO Nursery, on November 25, 2009, is confirmed with the following changes to Section E of the Fourth Amended Chapter 12 Plan:

Section E. 1 (1) is changed to read: The monthly payment to Santa Barbara Bank & Trust is $7,879.33 which is the original, pre-petition monthly payment at the interest rate of 6.375%;

Section E. 1 (2) is changed to read: The monthly payment to Santa Barbara Bank & Trust on the Second Deed of Trust is 60% of the original monthly payment at the contract interest rate of 7.60 percent which is $846.95.  $81,957.04 (40%) is deemed unsecured and avoided.

///

Plan payments will be made monthly in the amount of $712.95 for months 1-24, and in the amount of $0.00 for months 25-36. The Plan provides for payment of 0% of general unsecured claims. The length of the Plan is 36 months.

The Chapter 12 Trustee is authorized to make disbursements to claimants pursuant to the terms of the plan. No further declaration or Order is required.

The Court retains jurisdiction over the Debtor and the property of the estate during the pendency of the Plan.

Dated: March 14, 2010

*Robin Riblet*
HONORABLE ROBIN RIBLET
UNITED STATES
BANKRUPCTY JUDGE

Elizabeth f. Rojas, Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403
(818) 933-5700 FAX: (818) 933-5755

UNITED STATE BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE: ) CHAPTER 12
) CASE NO. ND 09-11458-RR
JUAN D. ORTIZ )
)  **PROOF OF SERVICE BY MAIL**
Dba JDO NURSERY, )
)
DEBTOR(S) )
)

## PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth F. Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 3/08/2010, I served the following document(s): ORDER CONFIRMING CHAPTER 12 PLAN on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail addressed as follows: SEE ATTACHED

JUAN DIAZ ORTIZ
20991 S. MOUNTAIN ROAD
SANT A PAULA, CA 93060

STEVEN TROLARD
STEVEN TROLARD & ASSOCIATES, PLC
100 E. THOUSAND OAKS BLVD., STE 188
THOUSAND OAKS, CA 91360

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, # 115
Woodland Hills, CA 91367-1367

Executed at Sherman Oaks, California on March 08, 2010.

Sophia Lawrence